IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                         Plaintiff,

-v-                                            25-CV-06780

THE PREMISES, AND REAL PROPERTY WITH
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS AT 51150 N. TERRITORIAL
ROAD, PLYMOUTH, MICHIGAN, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE CITY OF PLYMOUTH, COUNTY OF
WAYNE, STATE OF MICHIGAN, AND MORE
PARTICULARLY DESCRIBED IN A CERTAIN
DEED RECORDED IN THE WAYNE COUNTY
CLERK'S OFFICE BOOK 57860, PAGE 451,

                         Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE

       The United States of America, by its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey and Jonathan W. Ferris, Assistant United States Attorneys, of counsel, for its verified complaint herein alleges as follows:

       1.     This is an action *in rem* for the forfeiture of:

             The Premises, Buildings, Appurtenances, Improvements, and Real Property located at 51150 North Territorial Road, Plymouth, Michigan 48170, that is, all that tract or parcel of land, situate in the Town of Plymouth, County of Wayne, State of Michigan, and more particularly described in a certain deed, recorded in the Wayne County Clerk's Office Book 57860, Page 451, attached as **Exhibit A** (hereinafter the "defendant real property").

2.	The defendant real property is subject to forfeiture pursuant to: a) Title 8, United States Code, Section 1324(b)(1) and Title 18, United States Code, Section 981(a)(1)(C), as proceeds obtained, directly or indirectly, as a result of the commission of felony violations of Title 18, United States Code, Section 371 (Conspiracy), Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (B)(ii) (Transporting Unauthorized Aliens for Commercial Advantage or Private Financial Gain), Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (B)(ii) (Harboring Unauthorized Aliens for Commercial Advantage or Private Financial Gain), Title 8, United State Code, Section 1324(a)(1)(A)(v)(I) (Conspiracy to Bring in, Harbor, and Transport Unauthorized Aliens), Title 8, United States Code, Section 1324(a)(3) (Employment of at Least 10 Unauthorized Aliens within a 12-Month period) and/or b) Title 18, United States Code, Section 981(a)(1)(A) as property involved in money laundering transactions or traceable to such property, in violation of Title 18, United States Code, Sections 1957 (Money Laundering – Spending Statute), and 1956(h) (Money Laundering and Conspiracy to Commit Money Laundering), which are punishable by more than one year of imprisonment.

## JURISDICTION AND VENUE

3.	The jurisdiction of this Court is invoked pursuant to Title 28, United States Code, Sections 1345, 1355, and 1395.  Venue is properly premised in the Western District of New York pursuant to Title 28, United States Code, Sections 1355 and 1395. The defendant real property is located in the State of Michigan.

## FACTS

4. The facts and circumstances supporting the forfeiture of the defendant property is contained in the Affidavit of Special Agent Brendan K. Miller, a copy of which is attached hereto as **Exhibit B** and incorporated as though fully set forth herein and has been provided to the Court with an application that it remain under seal until further Order of the Court.

## CONCLUSION AND REQUESTS FOR RELIEF

5. The government submits that the defendant real property is subject to forfeiture to the United States of America pursuant to: a) Title 8, United States Code, Section 1324(b)(1) and Title 18, United States Code, Section 981(a)(1)(C), as proceeds obtained, directly or indirectly, as a result of the commission of felony violations of Title 18, United States Code, Section 371 (Conspiracy), Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (B)(ii) (Transporting Unauthorized Aliens for Commercial Advantage or Private Financial Gain), Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (B)(ii) (Harboring Unauthorized Aliens for Commercial Advantage or Private Financial Gain), Title 8, United State Code, Section 1324(a)(1)(A)(v)(I) (Conspiracy to Bring in, Harbor, and Transport Unauthorized Aliens), Title 8, United States Code, Section 1324(a)(3) (Employment of at Least 10 Unauthorized Aliens within a 12-Month period) and/or b) Title 18, United States Code, Section 981(a)(1)(A) as property involved in money laundering transactions or traceable to such property, in violation of Title 18, United States Code, Sections 1957 (Money Laundering – Spending Statute), and 1956(h) (Money Laundering and Conspiracy to Commit Money Laundering).

WHEREFORE, the United States of America respectfully requests that:

a. a Notice of Complaint for Forfeiture against real property be issued for the defendant real property;

      b. a Notice of this action be given to all persons known or thought to have an interest in or right against the defendant real property;

      c. a judgment be entered declaring the defendant real property condemned and forfeited to the United States of America for disposition in accordance with the law;

      d. the costs of this suit be paid to and recovered by the United States of America; and

      e. the Court grant such other and further relief as deemed just and proper.

DATED: December 17, 2025 Rochester, New York

                       MICHAEL DIGIACOMO  
                       United States Attorney

          BY:    s/MELANIE J. BAILEY  
                    Assistant U.S. Attorney  
                    United States Attorney=s Office  
                    Western District of New York  
                    138 Delaware Avenue  
                    Buffalo, New York 14202  
                    716-843-5863

                    s/JONATHAN W. FERRIS  
                    Assistant U.S. Attorney  
                    United States Attorney=s Office  
                    Western District of New York  
                    138 Delaware Avenue  
                    Buffalo, New York 14202  
                    716-843-5863

STATE OF NEW YORK   )
COUNTY OF MONROE   )   ss.:
CITY OF ROCHESTER   )

I, Special Agent Brendan K. Miller, being duly sworn, deposes and says:

I am a Special Agent with the Internal Revenue Service ("IRS") assigned to Rochester, New York. I am assigned to the investigation of the defendant real property located at 51150 North Territorial Road, Plymouth, Michigan 48170. The facts alleged in the Verified Complaint for Forfeiture are true to the best of my knowledge and belief and were obtained during the course of the investigation of the defendant real property from the official files of the IRS and provided to the officials of the United States Department of Justice, United States Attorney's Office.

_____
BRENDAN K. MILLER
Special Agent
Internal Revenue Service

Subscribed and sworn to
before me this 17th day of December 2025.

Teresa Scalzo

Notary Public, State of New York
Qualified in Monroe County
Commission Expires 2027

TERESA SCALZO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6022567
Qualified in Monroe County
My Commission Expires April 05, 2027

5