# EXHIBIT A

'22 SEP-20 PM 3:31

Bernard J. Youngblood
Wayne County Register of Deeds
2022288007        L: 57860 P: 451
09/20/2022 03:31 PM    QCD    Total Pages: 2

Quit Claim Deed
Statutory Form

# Tri-County Title Agency, Inc.

888 N. Sheldon Rd., Plymouth, MI 48170

FAX (734) 207-4340
PH: (734) 656-0310

**KNOW ALL MEN BY THESE PRESENTS:** That **Orduna Plumbing, Inc., a Michigan corporation by Moises Orduna Rios, President and Raquel Orduna-Rios, Treas./Sec.,** whose address is 51150 N. Territorial, Plymouth Twp., MI 48170

Quit Claims to: **Moises Orduna Rios and Raquel Orduna-Rios, husband and wife,** whose address is 51150 N. Territorial, Plymouth Twp., MI 48170

The following described premises situated in the **Township of Plymouth, Wayne County, Michigan, to-wit:**

PT OF NW 1/4 SECTION 30, T1S R8E PLYMOUTH TWP, WAYNE COUNTY, MICHIGAN DESCRIBED AS: COMMENDING AT THE NW CORNER OF SAID SEC 30; N 87D 13M 20S E 336.37 FT ALONG THE NORTH LINE OF SAID SEC 30 TO THE POB; TH CONTINUING N 87D 13M 20S E 335.47 FT ALONG SAID N LINE OF SEC 30; TH S 00D 08M 15S E 783.50 FT; TH S 87D 50M 01S W 335.32 FT; AND TH N 00D 08M 15S W 779.92 FT TO THE POB. CONTAINING 6.01 AC OF LAND, MORE OR LESS. SUBJECT TO ANY AND ALL EASEMENTS OR RIGHTS OF WAY OF RECORD, IF ANY. ALSO SUBJECT TO A 67 FOOT WIDE INGRESS/EGRESS, PRIVATE - PUBLIC UTILITY AND DRAINAGE EASEMENT DESCRIBED AS FOLLOWS: COMMENCING AT THE NW COR OF SAID SEC 30; TH N 87D 13M 20S E 336.37 FT ALONG THE N LINE OF SAID SEC 30; TH S 00D 08M 15S E 1239.88 FT TO A POINT ON THE N RIGHT OF WAY LINE OF N TERRITORIAL RD (1/2 = 60 FEET WIDE); TH N 87D 50M 01S E 268.28 FT ALONG SAID N RIGHT OF WAY LINE OF N TERRITORIAL TO THE POB; TH N 00D 08M 15S W 604.98 FT; TH 43.81 FT ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 50 FT, A CENTRAL ANGLE OF 50D 12M 29S AND A LONG CHORD BEARING N 25D 14M 29S W 42.43 FT; TH 361.42 FT ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 75 FT, A CENTRAL ANGLE OF 276D 06M 17S AND A LONG CHORD BEARING N 87D 42M 18S E 100.27 FT; TH 40.05 FT ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 50 FT, A CENTRAL ANGLE OF 45D 53M 48S AND A LONG CORD BEARING S 22D 48M 39S W 38.99 FT; TH S 00D 08M 15S E 608.90FT TO A POINT ON SAID NORTH RIGHT OF WAY LINE OF N TERRITORIAL; AND TH S 87D 50M 01S W 67.04 FEET ALONG SAID CENTERLINE OF N TERRITORIAL RD TO THE POB.

More commonly known as: 51150 N. Territorial, Plymouth Twp., MI 48170

Parcel Id # 78 042 99 0003 707

For the full consideration of MCL 207.526 Sec. 6 (a) & MCL 207.505 Sec. 5 (a) $1.00

Orduna-Rios
Quit Claim Deed
Page 2

Dated this **August 25**, 2022

                         Signed & Sealed
                         **Orduna Plumbing, Inc., a Michigan corporation**

                         *[signature]*
                         Moises Orduna Rios, President

                         *[signature]*
                         Raquel Orduna-Rios, Treas./Sec.

STATE OF MICHIGAN  )
                             )ss.
COUNTY OF **Wayne**    )

The foregoing instrument was acknowledged before me this August **25**, 2022 by **Orduna Plumbing, Inc., a Michigan corporation by Moises Orduna Rios, President and Raquel Orduna-Rios, Treas./Sec.**.

                 ROBERT H. GILLIKIN
              NOTARY PUBLIC, STATE OF MI
                   COUNTY OF WAYNE
            MY COMMISSION EXPIRES Apr 2, 2026
                 ACTING IN COUNTY OF **Wayne**        *[signature]*
                                                                         Notary Public

Drafted by: **Orduna Plumbing, Inc., a Michigan corporation by Moises Orduna Rios, President**
Business Address: **51150 N. Territorial, Plymouth Twp., MI 48170**


Return to: **Moises Orduna Rios and Raquel Orduna-Rios**
Business Address: **51150 N. Territorial, Plymouth Twp., MI 48170**