UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                Plaintiff,

    v.

THE PREMISES, AND REAL PROPERTY WITH         25-CV-06780
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS AT 51150 N. TERRITORIAL
ROAD, PLYMOUTH, MICHIGAN, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE CITY OF PLYMOUTH, COUNTY OF
WAYNE, STATE OF MICHIGAN, AND MORE
PARTICULARLY DESCRIBED IN A CERTAIN
DEED RECORDED IN THE WAYNE COUNTY
CLERK'S OFFICE BOOK 57860, PAGE 451,

                                Defendant

## NOTICE OF COMPLAINT FOR FORFEITURE
## AGAINST REAL PROPERTY

**TO:**     THE UNITED STATES MARSHALS SERVICE FOR THE WESTERN DISTRICT OF NEW YORK AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      **WHEREAS**, on December 17, 2025, a Verified Complaint *In Rem* was filed in the United States District Court for the Western District of New York, by Michael DiGiacomo, United States Attorney, on behalf of the United States of America, plaintiff, against the defendant real property. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

      **YOU ARE, THEREFORE, HEREBY COMMANDED** to provide notice of this action to all persons thought to have an interest in or claim to the defendant real property and that you promptly, after execution of this process, file the same in this Court with your return thereon.

      All persons asserting an interest in or claim against the defendant real property and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person

having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-one (21) days** after filing the claim.

Supplemental Rule G(5) provides in pertinent part: "[t]he claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

All persons asserting an interest in the defendant real property are required to file a claim in the Clerk's Office and to answer the complaint within the times above fixed: otherwise, judgment by default will be filed for the relief demanded in the complaint.

Claims and Answers are to be filed with the Clerk, United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202, with a copy thereof sent to Assistant United States Attorney Melanie J. Bailey, 138 Delaware Avenue, New York 14202. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §1602-1619, 28 C.F.R. § 9, and 18 U.S.C. § 985.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Complaint for Forfeiture.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE | CLERK |
|  | (BY) DEPUTY CLERK |

Returnable _75_ *days* after issue

**United States Marshals Service's Return**

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| US MARSHAL | (BY) DEPUTY MARSHAL | |